pellants; Samuel E. Hirsch and Jack A. Diamond, of counsel; John J. Mortimer, Acting Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 29, 1951; released for publication March 2, 1951.

## Blanche Fronczke, Appellee, v. Continental Assurance Company, Appellant.

### Gen. No. 45,214.

(TUOHY, J., dissenting.)

Taylor, Miller, Busch & Magner, for appellant; James J. Magner and E. Marvin Buehler, of counsel; Ungaro & Sherwood, for appellee; George A. Lane and Frank J. McLoraine, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 29, 1951; released for publication March 2, 1951.